NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTELLECTUAL VENTURES II LLC,**
*Appellant*

**v.**

**AISIN SEIKI CO., LTD., TOYOTA MOTOR CORPORATION, AMERICAN HONDA MOTOR CO., INC.,**
*Appellees*

---

2019-1800, 2019-1801

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-01494, IPR2017-01539, IPR2018-00440, IPR2018-00444.

---

## JUDGMENT

---

PAUL A. STEWART, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for appellant. Also represented by EDWARD M. CANNON, DAVID GERARD JANKOWSKI.

ROBERT CARTER MATTSON, Oblon, McClelland, Maier & Neustadt, Alexandria, VA, argued for all appellees. Appellee Aisin Seiki Co., Ltd. also represented by JOHN SHERMAN KERN, ERIC W. SCHWEIBENZ.

JAMES R. BARNEY, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, for appellee Toyota Motor Corporation. Also represented by JOSHUA GOLDBERG, WILLIAM PRATT, DAVID REESE.

JOHN CARACAPPA, Steptoe & Johnson, LLP, Washington, DC, for appellee American Honda Motor Co., Inc. Also represented by JAMES RICHARD NUTTALL, Chicago, IL.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 23, 2020 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
|  | Clerk of Court |